```
           FILED ___    ___ LODGED
           RECEIVED     ___ COPY

           AUG 1 6 2022

           CLERK U S DISTRICT COURT
             DISTRICT OF ARIZONA
           BY_____ DEPUTY
```

GARY M. RESTAINO
United States Attorney
District of Arizona

RAYNETTE M. LOGAN
Assistant United States Attorney
Arizona State Bar No. 016695
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raynette.Logan@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Francisco Juan Acevedo, <br><br> Defendant. | No. CR-22-01040-PHX-SMB (JZB) <br><br> **INDICTMENT** <br><br> VIO: 18 U.S.C. §§ 1153 and 1111 <br> (CIR-First Degree Premeditated Murder) <br> Count 1 <br><br> 18 U.S.C. §§ 1153 and 113(a)(1) <br> (CIR-Assault with Intent to Commit Murder) <br> Counts 2 and 3 <br><br> 18 U.S.C. §§ 1153 and 113(a)(3) <br> (CIR-Assault with a Dangerous Weapon) <br> Counts 4, 5 and 6 <br><br> 18 U.S.C. §§ 1153 and 113(a)(6) <br> (CIR-Assault Resulting in Serious Bodily Injury) <br> Counts 7, 8, and 9 <br><br> 18 U.S.C. § 924(c)(1)(A) <br> (Use of a Firearm During a Crime of Violence) <br> Count 10 |

THE GRAND JURY CHARGES:

**COUNT 1**

On or about April 17, 2022, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, Defendant FRANCISCO JUAN ACEVEDO, an Indian, did with premeditation and malice aforethought, unlawfully kill J.T.G.

In violation of Title 18, United States Code, Sections 1153 and 1111.

**COUNT 2**

On or about April 17, 2022, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, Defendant FRANCISCO JUAN ACEVEDO, an Indian, did intentionally and knowingly assault M.M.M., with intent to commit murder.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(1).

**COUNT 3**

On or about April 17, 2022, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, Defendant FRANCISCO JUAN ACEVEDO, an Indian, did intentionally and knowingly assault E.G., with intent to commit murder.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(1).

**COUNT 4**

On or about April 17, 2022, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, Defendant FRANCISCO JUAN ACEVEDO, an Indian, did intentionally and knowingly assault J.T.G., with a dangerous weapon, a handgun, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

**COUNT 5**

On or about April 17, 2022, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, Defendant FRANCISCO JUAN ACEVEDO, an Indian, did intentionally and knowingly assault M.M.M., with a dangerous

weapon, a handgun, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 6

On or about April 17, 2022, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, Defendant FRANCISCO JUAN ACEVEDO, an Indian, did intentionally and knowingly assault E.G., with a dangerous weapon, a handgun, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 7

On or about April 17, 2022, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, Defendant FRANCISCO JUAN ACEVEDO, an Indian, did intentionally, knowingly and recklessly assault J.T.G., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

## COUNT 8

On or about April 17, 2022, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, Defendant FRANCISCO JUAN ACEVEDO, an Indian, did intentionally, knowingly and recklessly assault M.M.M., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

## COUNT 9

On or about April 17, 2022, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, Defendant FRANCISCO JUAN ACEVEDO, an Indian, did intentionally, knowingly and recklessly assault E.G., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

## COUNT 10

On or about April 17, 2022, in the District of Arizona, Defendant FRANCISCO

JUAN ACEVEDO, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, that is, First Degree Murder, Assault with Intent to Commit Murder, and Assault with a Dangerous Weapon, as alleged in Counts 1, 2, 3, 4, 5 and 6 of this Indictment, respectively, felonies prosecutable in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: August 16, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/*
RAYNETTE M. LOGAN
Assistant U.S. Attorney